■ Sylvia Rubin, Appellant, v Westchester Skylands, Inc., Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered on April 18, 1979, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, without costs and without disbursements. Concur—Sullivan, J. P., Bloom, Markewich and Ross, JJ.

## (July 10, 1979)

■ The People of the State of New York, Respondent, v Anthony Teixeria, Appellant.—Judgment, Supreme Court, New York County, rendered on May 14, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.

■ The People of the State of New York, Respondent, v Robert Valvo, Appellant.—Judgment, Supreme Court, New York County, rendered on October 11, 1977, unanimously affirmed (see *People v Beard,* 395 NYS2d 221; L 1976, ch 375, § 1). No opinion. Concur—Murphy, P. J., Birns, Fein, Markewich and Ross, JJ.

■ The People of the State of New York, Respondent, v Daniel McChesney, Appellant.—Judgment, Supreme Court, New York County, rendered on November 8, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Markewich and Ross, JJ.